## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                         )        ss.:
COUNTY OF NEW YORK   )

      The undersigned being duly sworn, deposes and says that she is not a party to this action, is over the age of 18 years and resides in the County of New York.  That on the 17th day of March, 2022, she served the within **CIVIL COVER SHEET, NOTICE OF REMOVAL AND PETITION OF REMOVAL AND RULE 7.1 STATEMENT** upon:

<div align="center">

LAW OFFICE OF EVANS D. PRIESTON, P.C.
*Attorneys for Plaintiff*
*Christopher Powell*
47-40 21st Street, 10th Floor
Long Island City, New York 11101

</div>

by depositing a true copy of same securely enclosed in a post paid wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

                                                         Yvette Pagan

Sworn to before me this
17th day of March, 2022

Notary Public

<div style="border:1px solid black; display:inline-block; text-align:center;">

**Mary Thompson**
**Notary Public – State of New York**
**No. 01TH6044466**
**Qualified in Richmond County**
**Commission Expires on July 3, 2022**

</div>

UNITED STATES DISTRICT COURT                           CIVIL ACTION NO.:
EASTERN DISTRICT OF NEW YORK                           22-CV-1478

---

RICARDO JEANTILUS,

                         Plaintiff,

      - against -

J.B. HUNT TRANSPORT SERVICES, INC, C & S
WHOLESALE GROCERS INC. and JOHN DOE,
(fictitious name as true name is unknown to the plaintiff
at this time,

                    Defendants.

---

**NOTICE OF REMOVAL AND PETITION OF REMOVAL**

---

GALLO VITUCCI KLAR LLP
J.B. HUNT TRANSPORT SERVICES, INC.
and C & S WHOLESALE GROCERS INC.
90 Broad Street, Suite 1202
New York, New York 10004
(212) 683-7100
File No.: JBH.2022001