UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

| | |
|---|---|
| RICARDO JEANTILUS, | CIVIL ACTION NO.: 22-CV-1478 |
| Plaintiff, | |
| | **RULE 7.1 STATEMENT** |
| - against - | |
| J.B. HUNT TRANSPORT SERVICES, INC, C & S WHOLESALE GROCERS INC. and JOHN DOE, (fictitious name as true name is unknown to the plaintiff at this time, | |
| Defendants. | |

------------------------------------------------------------------------x

  HEATHER C. RAGONE, a Partner with the law firm of GALLO VITUCCI KLAR LLP attorney for the Defendants, J.B. HUNT TRANSPORT SERVICES, INC. and C & S WHOLESALE GROCERS INC. having an initial pleading in the above-captioned matter, makes the following disclosure to the Court pursuant to Local General Rule 7.1 of the Local Rules for the Southern and Eastern Districts of New York:

  J.B. Hunt Transport, Inc. is a wholly owned subsidiary of J.B. Hunt Transport Services, Inc., a publically traded corporation. J.B. Hunt Transport Services, Inc. is a nongovernmental corporate entity and does not have a parent corporation or publically held corporation that owns more than 10% of its stock.

Dated: New York, New York
   March 17, 2022

                                          Yours, etc.,

                                          GALLO VITUCCI KLAR LLP

By: _____
                                        Heather C. Ragone, Esq.
                                        *Attorneys for Defendants*
                                        J.B. HUNT TRANSPORT SERVICES, INC.
                                        and C & S WHOLESALE GROCERS INC.
                                        90 Broad Street, Suite 1202
                                        New York, New York 10004
                                        (212) 683-7100
                                        File No.: JBH.2022001

TO:    OFSHTEIN LAW FIRM, P.C.
        *Attorney for Plaintiff*
        *Ricardo Jeantilus*
        15 Bay 29th Street, 2nd Floor
        Brooklyn, New York 11214
        (718) 455-5252
        File No.: 20MVX7089

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

RICARDO JEANTILUS,

                        Plaintiff,

    - against -

J.B. HUNT TRANSPORT SERVICES, INC, C & S
WHOLESALE GROCERS INC. and JOHN DOE,
(fictitious name as true name is unknown to the plaintiff
at this time,

                        Defendants.

### RULE 7.1 STATEMENT

GALLO VITUCCI KLAR LLP
*Attorneys for Defendants*
J.B. HUNT TRANSPORT SERVICES, INC.
and C & S WHOLESALE GROCERS INC.
90 Broad Street, Suite 1202
New York, New York 10004
(212) 683-7100
File No.: JBH.2022001