CLOSED,ACO,TransferredOutCase–DoNotDocket

# U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:22–cv–01478–AMD–LB

Jeantilus v. J.B. Hunt Transport Services, Inc. et al

Assigned to: Judge Ann M Donnelly

Referred to: Magistrate Judge Lois Bloom

Cause: 28:1441 Petition for Removal– Auto Negligence

Date Filed: 03/17/2022

Date Terminated: 05/18/2022

Jury Demand: Plaintiff

Nature of Suit: 350 Motor Vehicle

Jurisdiction: Diversity

**Plaintiff**

**Ricardo Jeantilus**    represented by    **Akiva Ofshtein**
Ofshtein Law Firm PC
15 Bay 29th Street
2nd Flr.
Brooklyn, NY 11214
(718) 455–5252
Fax: (718) 455–5255
Email: alla@ofshteinlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**J.B. Hunt Transport Services, Inc.**    represented by    **Heather C. Ragone**
Gallo Vitucci Klar LLP
Three University Plaza
Suite 402
Hackensack, NJ 07601
212–683–7100
Fax: 201–343–1223
Email: hragone@gvlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**C & S Wholesale Grocers Inc.**    represented by    **Heather C. Ragone**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Doe (fictitious name as true name is
unknown to the plaintiff at this time**
*TERMINATED: 05/11/2022*

**Defendant**

**Mike A. Todd**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/17/2022 | Ï 1 | NOTICE OF REMOVAL by C & S Wholesale Grocers Inc., J.B. Hunt Transport Services, Inc. from Supreme Court, case number 724911/2021. ( Filing fee $ 402 receipt number ANYEDC−15385113) (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit Summons and Complaint and Answers, # 3 Exhibit Discovery Demands, # 4 Exhibit Response to Demands, # 5 Affidavit of Service) (Ragone, Heather) (Entered: 03/17/2022) |
| 03/17/2022 | Ï | Case Assigned to Judge Ann M Donnelly and Magistrate Judge Lois Bloom. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Davis, Kimberly) (Entered: 03/17/2022) |
| 03/17/2022 | Ï 2 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (Davis, Kimberly) (Entered: 03/17/2022) |
| 03/17/2022 | Ï 3 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Davis, Kimberly) (Entered: 03/17/2022) |
| 03/17/2022 | Ï | This case has been opened in the Eastern District of New York. If you plan to continue representing your client(s), you must be admitted to practice before this court. You must do so by applying for Pro Hac Vice or permanent admission. To apply for Pro Hac Vice admission, you must first register for an ECF login and password. Please visit the Court's website at www.nyed.uscourts.gov/attorney−admissions for guidance. Once registered, you must electronically file a Motion to Appear Pro Hac Vice. You must pay the required pro hac vice fee online. (Davis, Kimberly) (Entered: 03/17/2022) |
| 03/17/2022 | Ï 4 | Corporate Disclosure Statement by C & S Wholesale Grocers Inc., J.B. Hunt Transport Services, Inc. identifying Corporate Parent J.B. Hunt Transport, Inc. for J.B. Hunt Transport Services, Inc.. (Ragone, Heather) (Entered: 03/17/2022) |
| 03/18/2022 | Ï 5 | DEMAND for Trial by Jury by C & S Wholesale Grocers Inc., J.B. Hunt Transport Services, Inc. (Ragone, Heather) (Entered: 03/18/2022) |
| 03/18/2022 | Ï 6 | NOTICE of Appearance by Akiva Ofshtein on behalf of Ricardo Jeantilus (notification declined or already on case) (Ofshtein, Akiva) (Entered: 03/18/2022) |
| 04/15/2022 | Ï | ORDER: The Court shall hold the initial conference by telephone in plaintiff's personal injury case on April 28, 2022 at 10:00a.m. The parties shall call the Chambers telephone conference line at (888) 363−4734 and use the access code 4444221 promptly at 10:00a.m. The parties shall exchange their Rule 26(a)(1) initial disclosures and file their Rule 26(f) Meeting Report with the Court by April 21, 2022. Parties are advised that they must contact each other before making any request for an adjournment to the Court. Any request for an adjournment must be electronically filed with the Court at least seventy−two (72) hours before the scheduled conference. Ordered by Magistrate Judge Lois Bloom on 4/15/2022. (Yindra, Hannah) (Entered: 04/15/2022) |
| 04/19/2022 | Ï 7 | REPORT of Rule 26(f) Planning Meeting (Ofshtein, Akiva) (Entered: 04/19/2022) |
| 04/28/2022 | Ï | Minute Entry for proceedings held before Magistrate Judge Lois Bloom: Telephone Conference held on 4/28/2022. (AT&T Log #10:02−10:18.) (Rein, Gilbert) (Entered: 04/28/2022) |

| 04/28/2022 | Ï | ORDER: The Court held the initial conference in plaintiff's diversity action on April 28, 2022 and raised the issue of subject matter jurisdiction with the parties. As discussed on the record, plaintiff shall file an amended complaint which states the true name of the John Doe defendant and specifies each parties' citizenship or domicile. The parties shall meet and confer regarding transfer of this action to the Southern District of New York.<br>The Court shall hold a telephone conference on May 11, 2022 at 11:00 a.m. The parties shall call the Chambers telephone conference line at (888) 363–4734 and use the access code 4444221 promptly at 11:00 a.m. on May 11, 2022. Parties are advised that they must contact each other before making any request for an adjournment to the Court. Any request for an adjournment must be electronically filed with the Court at least seventy–two (72) hours before the scheduled conference. Ordered by Magistrate Judge Lois Bloom on 4/28/2022. (Rein, Gilbert) (Entered: 04/28/2022) |
|---|---|---|
| 05/10/2022 | Ï 8 | AMENDED COMPLAINT against All Defendants, filed by Ricardo Jeantilus. (Ofshtein, Akiva) (Entered: 05/10/2022) |
| 05/10/2022 | Ï 9 | AMENDED COMPLAINT against All Defendants, filed by Ricardo Jeantilus. (Ofshtein, Akiva) (Entered: 05/10/2022) |
| 05/11/2022 | Ï | Minute Entry for proceedings held before Magistrate Judge Lois Bloom: Telephone Conference held on 5/11/2022. (AT&T Log #11:07–11:12.) (Rein, Gilbert) (Entered: 05/11/2022) |
| 05/11/2022 | Ï | ORDER: The Court held a telephone conference in plaintiff's diversity action on May 11, 2022. The parties have agreed to transfer venue in this matter to the Southern District of New York where the accident alleged in the complaint happened and shall file a stipulation to that effect by May 13, 2022. Ordered by Magistrate Judge Lois Bloom on 5/11/2022. (Rein, Gilbert) (Entered: 05/11/2022) |
| 05/11/2022 | Ï 10 | STIPULATION *TO TRANSFER* by C & S Wholesale Grocers Inc., J.B. Hunt Transport Services, Inc. (Ragone, Heather) (Entered: 05/11/2022) |
| 05/18/2022 | Ï 11 | Stipulation to Transfer. Case transferred to the Southern District of New York. Case extract via ecf. **ALL FILINGS ARE TO BE MADE IN THE TRANSFER COURT, DO NOT DOCKET TO THIS CASE.** Ordered by Judge Ann M. Donnelly on 5/18/2022. (Greene, Donna) (Entered: 05/18/2022) |